Appeal No. 73-6. STEVEN NAGY v. JOHN F. McBURNEY. Treating plaintiff's letter as a motion for court-appointed counsel, the motion is granted and John W. Kershaw is appointed to represent plaintiff in the further prosecution of his appeal. *John W. Kershaw,* for plaintiff. *John F. McBurney,* defendant, pro se.

Appeal No. 74-188. ELEANOR D. PRESLEY *et al. v.* NEWPORT HOSPITAL *et al.* This case was argued before four justices on December 2, 1975, Mr. Justice Doris not being present. Subsequently, Chief Justice Roberts retired and has since deceased. In these circumstances the court is of the opinion that the interests of justice will best be served if the case is argued before a full bench. Accordingly, the case is assigned for reargument to the May 1976, calendar. *Aisenberg & Dworkin, Alan T. Dworkin,* for plaintiffs. *Hanson, Curran, Bowen & Parks, Kirk Hanson, David P. Whitman,* for Newport Hospital. *Hinckley, Allen, Salisbury & Parsons, Robert W. Lovegreen* for Frank J. Logler and Aquidneck Medical Associates, Inc.

Appeal No. 75-284. RICHARD DALLAIRE AND THELMA REED DALLAIRE *v.* G. ANDREW ROTH AND WILLIAM F. YEAGLEY. Motion of the plaintiffs to remand case to the Superior Court for the purpose of a motion for new trial on the basis of newly discovered evidence is granted. *Kirshenbaum & Kirshenbaum, Alfred Factor,* for plaintiffs. *Corcoran, Peckham & Hayes, Edward B. Corcoran,* for defendants.

Appeal No. 75-294. FRANK LOEB *v.* AMERICAN LUGGAGE WORKS, INC. Motion of plaintiff to affirm judgment below is granted. *Hinckley, Allen, Salisbury & Parsons, E. Jerome Batty,* for plaintiff. *Adler, Pollock & Sheehan Incorporated, John F. Bomster,* for defendant.